**Fill in this information to identify the case:**

Debtor 1: Jessica Deonna Wright

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number: 21-40225-elm13

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Court claim no.** (if known): 10

**Name of claim holder:** LAKEVIEW LOAN SERVICING LLC

**Last 4 digits** of any number you use to identify the debtor's account: 3095

**Property address:** 7108 Stephanie Court
Number Street

North Richland Hills TX 76182
City State Zip Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $636.73.

*Check all that apply:*

■ The amount required to cure any prepetition arrearage has been paid in full.

❑ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ ___________ .

■ The amount required to cure any postpetition arrearage has been paid in full.

❑ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ ___________ .

## Part 3: Postpetition Payments

(a) *Check all that apply:*

■ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow and costs.

❑ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/____

❑ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | (Loan Paid in Full 10/25/21) |
| ii. Date next postpetition payment from the debtor is due: | $.00 |
| iii. Amount of the next postpetition payment that is due: | $.00 |
| iv. Unpaid principal balance of the loan: | $.00 |
| v. Additional amounts due for any deferred or accrued interest: | $.00 |
| vi. Balance of the escrow account: | $.00 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $.00 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid | $.00 |

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

- ☐ I am the claim holder.
- ■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Kerrie S. Mattson-Neal
Signature

Date March 26, 2026

Name Kerrie S. Mattson-Neal
First Name Middle Name Last Name

Title Attorney for Creditor

Company Codilis & Moody, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 20405 State Highway 249, Suite 170
Number Street

Houston TX 77070
City State ZIP Code

Contact phone (281) 925-5200

Email TX.bkpleadingsNORTH@tx.cslegal.com

File No. 44-21-0082

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on March 26, 2026 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Tim Truman, Chapter 13 Trustee, 6851 N.E. Loop 820, Suite 300, N Richland Hills,
TX 76180, by ECF Notice
Jessica Deonna Wright, Debtor, 7108 Stephanie Ct., North Richland Hills, TX 76182
Clayton Everett, Attorney for Debtors, 515 E. Border St., Ste 16376010, Arlington,
TX 76010 by ECF Notice
Office of the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 by ECF Notice

/s/ Kerrie S. Mattson-Neal
Attorney for Creditor

Kerrie S. Mattson-Neal ARDC#6270224
Nicole Bartee SBOT#24001674
Marla A. Gomes SBOT#24136182
Peter C. Bastianen ARDC#6244346
Michael J. Kulak IN Atty. #21347-53
Juanita M. Deaver SBOT#24126385
**Codilis & Moody, P.C.**
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200
TX.bkpleadingsNORTH@tx.cslegal.com
44-21-0082
NOTE: This law firm is a debt collector.