**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JESSICA DEONNA WRIGHT** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Northern District of Texas** |
| | (State) |
| Case Number | **21-40225-ELM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

---

**Part 1:**   **Mortgage Information**

**Name of claim holder:**   LAKEVIEW LOAN SERVICING LLC

**Court claim no.** (if known):
10

**Last 4 digits** of any number you use to identify the debtor's account:   3   0   9   5

**Property Address:**   7108 STEPHANIE CT
Number   Street

NORTH RICHLAND HILLS   TX   76182
City   State   ZIP Code

---

**Part 2:**   **Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.ndc.org or www.13Network.com.

---

**Part 3:**   **Arrearages**

| | Amount |
|---|---|
| a.   Allowed amount of prepetition arrearage: | $   636.73 |
| b.   Total amount of prepetition arrearage disbursed by the trustee: | $   -0- |
| c.   Total amount of postpetition arrearage disbursed by the trustee: | $   -0- |
| d.   Total amount of arrearages disbursed by the trustee: | $   -0- |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Tim Truman                                                        Date    03/18/2026
   Signature

Trustee        Tim Truman
               First Name          Middle Name          Last Name

Address        6851 N.E. Loop 820, Suite 300
               Number        Street

               North Richland Hills                    TX       76180-6608
               City                                    State    ZIP Code

Contact phone  (817) 770-8500              Email  ftwecf@ch13ftw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee 's Notice of Disbursements Made" was served on the Debtor, the creditor/holder of the claim, the attorney for Debtor, the United States Trustee, and all Notice of Appearance parties in the manner listed below on or before 03/19/2026:

/s/ Tim Truman

Tim Truman, Standing Chapter 13 TrusteeState Bar No. 20258000

**FIRST CLASS MAIL:**

JESSICA DEONNA WRIGHT, 7108 STEPHANIE CT, NORTH RICHLAND HILLS, TX  76182

LAKEVIEW LOAN SERVICING LLC, M & T BANK, PO BOX 840, BUFFALO, NY  14240-0840

**ELECTRONIC SERVICE through the Court's ECF Service:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

CODILIS AND MOODY, 20405 STATE HWY 249 #170, HOUSTON, TX  77070

AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242