**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:21-40225-ELM** |
| | § | |
| **JESSICA DEONNA WRIGHT** | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE EDWARD L MORRIS** |
| | § | |
| **DEBTOR** | § | |
| | § | |

**NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE**

According to the records of the Chapter 13 Trustee the Debtor has completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtor has 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 03/30/2026.

**BY FIRST CLASS MAIL:**

JESSICA DEONNA WRIGHT,  7108 STEPHANIE CT,  NORTH RICHLAND HILLS, TX  76182-0000

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
CODILIS AND MOODY, 20405 STATE HWY 249 #170, HOUSTON, TX  77070
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK  73118
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee