Clayton L. Everett
**NORRED LAW PLLC** | 515 E. Border St. | Arlington, TX 76011
Email: clayton@norredlaw.com | Telephone: (817) 704-3984
Attorney for Debtor

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:** | **Case No. 21-40225-elm13** |
| **Jessica Deonna Wright** | |
| | **Chapter 13** |
| **Debtor(s)** | |

**DEBTOR(S) CERTIFICATION AND
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
PURSUANT TO 11 U.S.C. § 1328(a)**

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. See Docket No. 19.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations, or orders; (b) fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount above $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapters 7, 11, or 12 of the Bankruptcy Code during the four years before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under Chapter 13 of the Bankruptcy Code during the two years before the date that my petition was filed in this case.

   F. 11 U. S. C. §522(q)(1) is not applicable to me. There is no proceeding pending in which I may be found guilty of a felony of the kind described in 11 U. S. C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U. S. C. §522(q)(1)(B).

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.      I have made all payments required by my confirmed Chapter 13 plan.

Signed: _____

Jessica Deonna Wright,
Debtor


_/s/ Clayton L. Everett_
Clayton L. Everett, Texas Bar No. 24065212
**NORRED LAW PLLC**
Attorney for Debtor


## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE THE CLOSE OF BUSINESS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY BEFORE THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certification and motion will be served on March 31, 2026, via electronic notice and United States First Class Mail to the Attached Mailing Matrix.

_/s/ Clayton L. Everett_