Label Matrix for local noticing
0539-4
Case 21-40225-elm13
Northern District of Texas
Ft. Worth
Mon Mar 30 11:18:38 CDT 2026

Capital One Auto Finance a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

LAKEVIEW LOAN SERVICING LLC
c/o M & T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Nissan Motor Acceptance Corporation
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Lisa Large Cockrell
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Velocity Investments, LLC by AIS InfoSource,
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

501 W. Tenth Street
Fort Worth, TX 76102-3637

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
PO Box 650448
Dallas, TX 75265-0448

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Bank of America
4909 Savarese Circle FL1-908-01-50
Tampa, FL 33634-2413

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One-boscovs
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Comenity Bank-Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Credit Systems International, Inc
1277 Country Club Lane
Fort Worth, TX 76112-2304

Department of Education-582-Nelnet
Attn: Bankruptcy
PO Box 82561
Lincoln, NE 68501-2561

ECMC
Attn: Bankruptcy Attn: Bankruptcy
111 Washington Ave South , Ste 1400
Minneapolis, MN 55401-6800

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

Goldman Sachs Bank, USA
by AIS InfoSource, LP as Agent
PO Box 4457
Houston, TX  77210-4457

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Infiniti Financial
P.O. Box 660360
Dallas, TX 75266-0360

Isaiah Grissett
7108 Stephanie Ct.
North Richland Hills, TX 76182-3654

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kohls-Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

LGBS
100 Throckmorton St No. 300
Fort Worth, TX 76102-2833

LGBS-Dallas
2777 N Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Marcus by Goldman Sachs
Attn: Bankruptcy
PO Box 45400
Salt Lake City, UT 84145-0400

Nebraska Furniture Mart
Attn: Collections
PO Box 2335
Omaha, NE 68103-2335

Nelnet
Attn: Bankruptcy Claims
PO Box 82505
Lincoln, NE 68501-2505

Nissan Motor Acceptance Corp-Infiniti
Attn: Bankruptcy
PO Box 660360
Dallas, TX 75266-0360

Nissan-Infiniti LT
PO Box 9013
Addison, Texas 75001-9013

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010-7402

Perdue Brandon Fielder LLC
500 E. Border St., Suite 640
Arlington, TX 76010-7457

Sofi Lending Corp
Attn: Bankruptcy 375 Healdsburg Avenue S
Healdsburg, CA 95448-4119

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Syncb-HH Gregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank-Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank-American Eagle
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank-Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060

Synchrony Bank-Select Comfort
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank-Walmart
PO Box 965064
Orlando, FL 32896-5064

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Lisa Large Cockrell
3500 Maple Ave., Suite 800
Dallas, TX 75219-3959

Tax Division-US Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6598

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Department of Education c/o Nelnet
121 S 13th St
Suite 201
Lincoln, NE 68508-1911

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wendy Burgess-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

Jessica Deonna Wright
7108 Stephanie Ct.
North Richland Hills, TX 76182-3654

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citibank
PO Box 20483
Kansas City, MO 64195

First National Bank of Omaha
P.O. Box 3128
68103

M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)LAKEVIEW LOAN SERVICING LLC
c/o M & T Bank
P.O. Box 840
Buffalo, NY 14240-0840

(d)Velocity Investments, LLC by AIS InfoSourc
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    64
Bypassed recipients     2
Total                  66