UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 21-40225-elm |
|---|---|
| Jessica Deonna Wright | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 71 |

On 4/1/2026, I did cause a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 71

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

Jessica Deonna Wright

CASE NO: 21-40225-elm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 71

On 4/1/2026, a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 71

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05394
CASE 21-40225-ELM13
NORTHERN DISTRICT OF TEXAS
FT WORTH
MON MAR 30 11-18-38 CDT 2026

LAKEVIEW LOAN SERVICING LLC
CO M  T BANK
PO BOX 840
BUFFALO NY 14240-0840

NISSAN MOTOR ACCEPTANCE CORPORATION
14841 DALLAS PARKWAY SUITE 425
DALLAS TX 75254-8067

VELOCITY INVESTMENTS LLC BY AIS INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMEX
PO BOX 650448
DALLAS TX 75265-0448

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH  CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BANK OF AMERICA
4909 SAVARESE CIRCLE FL19080150
TAMPA FL 33634-2413

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

BRACKETT  ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY CA 91716-0511

CAPITAL ONE AUTO FINANCE A DIVISION OF
AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONEBOSCOVS
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15298
WILMINGTON DE 19850-5298

(P)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITY BANKVICTORIA SECRET
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT SYSTEMS INTERNATIONAL INC
1277 COUNTRY CLUB LANE
FORT WORTH TX 76112-2304

DEPARTMENT OF EDUCATION582NELNET
ATTN BANKRUPTCY
PO BOX 82561
LINCOLN NE 68501-2561

ECMC
ATTN BANKRUPTCY ATTN BANKRUPTCY
111 WASHINGTON AVE SOUTH  STE 1400
MINNEAPOLIS MN 55401-6800

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

GOLDMAN SACHS BANK USA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INFINITI FINANCIAL
PO BOX 660360
DALLAS TX 75266-0360

ISAIAH GRISSETT
7108 STEPHANIE CT
NORTH RICHLAND HILLS TX 76182-3654

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

LGBS
100 THROCKMORTON ST NO 300
FORT WORTH TX 76102-2833

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MARCUS BY GOLDMAN SACHS
ATTN BANKRUPTCY
PO BOX 45400
SALT LAKE CITY UT 84145-0400

NEBRASKA FURNITURE MART
ATTN COLLECTIONS
PO BOX 2335
OMAHA NE 68103-2335

NELNET
ATTN BANKRUPTCY CLAIMS
PO BOX 82505
LINCOLN NE 68501-2505

NISSAN MOTOR ACCEPTANCE CORPINFINITI
ATTN BANKRUPTCY
PO BOX 660360
DALLAS TX 75266-0360

PERDUE BRANDON FIELDER LLC
500 E BORDER ST SUITE 640
ARLINGTON TX 76010-7457

SOFI LENDING CORP
ATTN BANKRUPTCY 375 HEALDSBURG AVENUE S
HEALDSBURG CA 95448-4119

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

SYNCBHH GREGG
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKAMERICAN EAGLE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5060

SYNCHRONY BANKSELECT COMFORT
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
PO BOX 965064
ORLANDO FL 32896-5064

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR  SAMPSON LLP
CO LISA LARGE COCKRELL
3500 MAPLE AVE SUITE 800
DALLAS TX 75219-3959

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD STE 400
DALLAS TX 75201-6598

TEXAS ALCOHOLIC BEV COMM
LICENSES AND PERMITS DIVISION
PO BOX 13127
AUSTIN TX 78711-3127

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

US ATTORNEYNORTH
3RD FLOOR 1100 COMMERCE ST
DALLAS TX 75242

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
SUITE 201
LINCOLN NE 68508-1911

WENDY BURGESSTAX ASSESSOR
100 E WEATHERFORD STREET
FORT WORTH TX 76196-0206

JESSICA DEONNA WRIGHT
7108 STEPHANIE CT
NORTH RICHLAND HILLS TX 76182-3654

TIM TRUMAN
6851 NE LOOP 820 SUITE 300
N RICHLAND HILLS TX 76180-6608

U.S. TRUSTEE
1100 COMMERCE ST., RM 976
DALLAS, TX 75242-0996

NISSAN-INFINITI LT
PO BOX 9013
ADDISON, TEXAS 75001-9013