United States Bankruptcy Court

Northern District of Texas

In re:

Jessica Deonna Wright

    Debtor

Case No. 21-40225-elm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: pdf013 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Deonna Wright, 7108 Stephanie Ct., North Richland Hills, TX 76182, US 76182-3654 |
| 19346923 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 19346936 | + | Isaiah Grissett, 7108 Stephanie Ct., North Richland Hills, TX 76182-3654 |
| 19346945 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 19346946 | + | Perdue Brandon Fielder LLC, 500 E. Border St., Suite 640, Arlington, TX 76010-7457 |
| 19346959 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 19346961 | + | Wendy Burgess-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 22:21:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 24 2026 22:22:00 | Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 24 2026 22:22:00 | Tarrant County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 19372748 | | Email/PDF: bncnotices@becket-lee.com | Apr 24 2026 22:21:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19346919 | + | Email/PDF: bncnotices@becket-lee.com | Apr 24 2026 22:21:01 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 19346920 | ^ | MEBN | Apr 24 2026 22:19:41 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 19346921 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:22:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 19358099 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 24 2026 22:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 19346922 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 24 2026 22:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19346928 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 22:21:06 | Citibank, PO Box 20483, Kansas City, MO 64195 |
| 19346924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 22:21:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346925 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 24 2026 22:21:09 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 19353589 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Apr 24 2026 22:21:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19346926 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Capital One-boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346927 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19376646 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 22:21:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19346929 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 22:22:00 | Comenity Bank-Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 19346930 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Apr 24 2026 22:22:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 19346931 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 22:22:00 | Department of Education-582-Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 19346932 | + Email/Text: ECMCBKNotices@ecmc.org | Apr 24 2026 22:22:00 | ECMC, Attn: Bankruptcy Attn: Bankruptcy, 111 Washington Ave South , Ste 1400, Minneapolis, MN 55401-6800 |
| 19346933 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2026 22:22:00 | First National Bank of Omaha, P.O. Box 3128, 68103 |
| 19353906 | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2026 22:21:09 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 19346935 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 22:22:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19346934 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 24 2026 22:22:00 | Infiniti Financial, P.O. Box 660360, Dallas, TX 75266-0360 |
| 19362939 | + Email/Text: RASEBN@raslg.com | Apr 24 2026 22:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19849561 | + Email/Text: RASEBN@raslg.com | Apr 24 2026 22:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19346937 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Kohls-Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 19352945 | ^ MEBN | Apr 24 2026 22:20:09 | LAKEVIEW LOAN SERVICING LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 19346938 | + Email/Text: dallas.bankruptcy@LGBS.com | Apr 24 2026 22:22:00 | LGBS, 100 Throckmorton St No. 300, Fort Worth, TX 76102-2833 |
| 19346939 | + Email/Text: dallas.bankruptcy@LGBS.com | Apr 24 2026 22:22:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 19346940 | Email/Text: camanagement@mtb.com | Apr 24 2026 22:22:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 19346941 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 24 2026 22:22:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 19346942 | + Email/Text: bankruptcy@nfm.com | Apr 24 2026 22:22:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 19346943 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 22:22:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 19346944 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 24 2026 22:22:00 | Nissan Motor Acceptance Corp-Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX |

District/off: 0539-4                   User: admin                                    Page 3 of 4

Date Rcvd: Apr 24, 2026                Form ID: pdf013                                Total Noticed: 59

| Recip ID | | Notice | Date | Name and Address |
|---|---|---|---|---|
| | | | | 75266-0360 |
| 19375889 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 24 2026 22:22:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 19346947 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 24 2026 22:21:01 | Sofi Lending Corp, Attn: Bankruptcy 375 Healdsburg Avenue S, Healdsburg, CA 95448-4119 |
| 19346949 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:20:59 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346950 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:21:04 | Synchrony Bank-Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346951 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Synchrony Bank-American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346952 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Synchrony Bank-Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 19346953 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Synchrony Bank-Select Comfort, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 19346954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 22:21:08 | Synchrony Bank-Walmart, PO Box 965064, Orlando, FL 32896-5064 |
| 19346948 | | Email/Text: pacer@cpa.state.tx.us | Apr 24 2026 22:22:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 19368832 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 24 2026 22:22:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 3500 Maple Ave., Suite 800, Dallas, TX 75219-3959 |
| 19346955 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 24 2026 22:22:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 19346956 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Apr 24 2026 22:22:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 19346957 | + | Email/Text: bcd@oag.texas.gov | Apr 24 2026 22:22:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 19346958 | + | Email/Text: collections.pacer@twc.texas.gov | Apr 24 2026 22:22:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 19347921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 22:22:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 19346960 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 24 2026 22:22:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 22680793 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2026 22:21:05 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LAKEVIEW LOAN SERVICING LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0539-4                              User: admin                                    Page 4 of 4
Date Rcvd: Apr 24, 2026                           Form ID: pdf013                                Total Noticed: 59

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brenda Ann Likavec | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blikavecbkecf@gmail.com  brenda.likavec@il.cslegal.com |
| Chandra Dianne Pryor | on behalf of Creditor Nissan Motor Acceptance Corporation Chandra.Pryor@BonialPC.com  Notices.Bonial@ecf.courtdrive.com |
| Chapter 13 Trustee Fort Worth | on behalf of Trustee Tim Truman ftwecf@ch13ftw.com |
| Clayton Everett | on behalf of Debtor Jessica Deonna Wright clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Kathryn Nichole Dahlin | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kndahlin@gmail.com  kndahlin@gmail.com |
| Kerrie S Mattson-Neal | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kerrie.neal@il.cslegal.com TX.bkpleadingsNORTH@tx.cslegal.com |
| Lisa Large Evans | on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jessica Deonna Wright warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 10



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2026**

_____
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 21-40225-ELM** |
| | § | |
| **JESSICA DEONNA WRIGHT, SSN xxx-xx-4005** | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE Edward L Morris** |
| | § | |
| | § | |
| | § | |

---

### ORDER DISCHARGING DEBTOR AFTER COMPLETION
### OF CHAPTER 13 PLAN

---

The court finds that the debtor filed a petition under Title 11 , United States Code, on February 2, 2021, that the debtor's plan has been confirmed, and that the debtor has completed all payments under the plan .

**IT IS THEREFORE ORDERED THAT**

1. Pursuant to 11 U.S.C. Section 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

    a. provided for under 11 U.S.C. Section 1322(b)(5) on which the last payment is due after the date on which the final payment under the plan was due;

    b. for an unsecured claim of a governmental unit for a tax required to be collected or withheld and for which the debtor is liable in whatever capacity, as specified in 11 U.S.C. Section 507(a)(8)(C);

    c. for a tax or a custom duty with respect to which a return, or equivalent report or notice, if required, was not filed or given; or was filed or given after the date on which such return , report, or notice was last due, under applicable law or under any extension, and after two years before the date of the filing of the petition , as specified in 11 U.S.C. Section 523(a)(1)(B);

d.  for a tax or a custom duty with respect to which the debtor made a fraudulent return or willfully attempted in any manner to evade or defeat such tax, as specified in 11 U.S.C. 523(a)(1)(C);

e.  for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition; use of a statement in writing that is materially false, respecting the debtor's or an insider's financial condition; on which the creditor to whom the debtor is liable for such money, property, services, or credit reasonably relied; and that the debtor caused to be made or published with intent to deceive, as specified in 11 U.S.C Section 523(a)(2);

f.  neither listed nor scheduled under 11 U.S.C. Section 521(1) of this title, with the name, if known to the debtor, of the creditor to whom such debt is owed, in time to permit, if such debt is not of a kind specified in paragraph (2), (4), or (6) of 11 U.S.C. Section 523(a), timely filing of a proof of claim, unless such creditor had notice or actual knowledge of the case in time for such timely filing; or if such debt is of a kind in paragraph (2), (4), or (6) of 11 U.S.C. Section 523(a), timely filing of a proof of claim and timely request for a determination of dischargeability of such debt under one of such paragraphs, unless such creditor had notice or actual knowledge of the case in time for such timely filing and request, as specified in 11 U.S.C 523 (a)(3);

g.  for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny, as specified in 11 U.S.C. 523(a)(4);

h.  for a domestic support obligation, as specified in 11 U.S.C. Section 523(a)(5);

i.  for an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution, or an obligation to relay funds received as an educational benefit, scholarship or stipend; or any other educational loan that is a qualified educational loan, as defined in section 221(d)(1) of the Internal Revenue Code of 1986, incurred by a debtor who is an individual, as specified in 11 U.S.C. Section 523(a)(8);

j.  for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle, vessel, or aircraft if such operation was unlawful because the debtor was intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523 (a)(9);

k.  for restitution or a criminal fine included in a sentence on the debtor's (s') conviction of a crime; or restitution, or damages, awarded in a civil action against the debtor;

l.  for restitution, or damages, awarded in a civil action against the debtor as a result of willful or malicious injury by the debtor that caused personal inury to an individual or the death of an individual.

2.  Pursuant to 11 U.S.C. Section 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the Trustee of the debtor's incurring such debt was practicable and was not obtained.

3.  Notwithstanding the provisions of Title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(e), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4.  All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

**# # # End of Order # # #**

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or respossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.