United States Bankruptcy Court

Northern District of Texas

In re:                                                                    Case No. 21-40225-elm

Jessica Deonna Wright                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                          Page 1 of 4

Date Rcvd: Jun 02, 2026                       Form ID: pdf013                       Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Deonna Wright, 7108 Stephanie Ct., North Richland Hills, TX 76182, US 76182-3654 |
| 19346923 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 19346936 | + | Isaiah Grissett, 7108 Stephanie Ct., North Richland Hills, TX 76182-3654 |
| 19346945 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 19346946 | + | Perdue Brandon Fielder LLC, 500 E. Border St., Suite 640, Arlington, TX 76010-7457 |
| 19346959 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 19346961 | + | Wendy Burgess-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2026 12:41:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2026 12:36:00 | Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 02 2026 12:37:00 | Tarrant County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 19372748 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 12:41:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19346919 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 12:41:44 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 19346920 | ^ | MEBN | Jun 02 2026 12:35:14 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 19346921 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 02 2026 12:36:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 19358099 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 02 2026 12:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 19346922 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 02 2026 12:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19346928 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 12:52:06 | Citibank, PO Box 20483, Kansas City, MO 64195 |
| 19346924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 12:41:14 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346925 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 02 2026 12:41:34 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 19353589 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0539-4      User: admin      Page 2 of 4

Date Rcvd: Jun 02, 2026      Form ID: pdf013      Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Jun 02 2026 12:41:31 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19346926 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 12:41:28 | Capital One-boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346927 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2026 12:41:13 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19376646 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2026 12:52:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19346929 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 02 2026 12:37:00 | Comenity Bank-Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 19346930 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jun 02 2026 12:38:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 19346931 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2026 12:37:00 | Department of Education-582-Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 19346932 | + Email/Text: ECMCBKNotices@ecmc.org | Jun 02 2026 12:37:00 | ECMC, Attn: Bankruptcy Attn: Bankruptcy, 111 Washington Ave South , Ste 1400, Minneapolis, MN 55401-6800 |
| 19346933 | Email/Text: collecadminbankruptcy@fnni.com | Jun 02 2026 12:36:00 | First National Bank of Omaha, P.O. Box 3128, 68103 |
| 19353906 | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2026 12:41:32 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 19346935 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 12:37:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19346934 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2026 12:36:00 | Infiniti Financial, P.O. Box 660360, Dallas, TX 75266-0360 |
| 19362939 | + Email/Text: RASEBN@raslg.com | Jun 02 2026 12:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19849561 | + Email/Text: RASEBN@raslg.com | Jun 02 2026 12:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19346937 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2026 12:41:13 | Kohls-Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 19352945 | ^ MEBN | Jun 02 2026 12:34:17 | LAKEVIEW LOAN SERVICING LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 19346938 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 02 2026 12:37:00 | LGBS, 100 Throckmorton St No. 300, Fort Worth, TX 76102-2833 |
| 19346939 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 02 2026 12:37:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 19346940 | Email/Text: camanagement@mtb.com | Jun 02 2026 12:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 19346941 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 02 2026 12:36:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 19346942 | + Email/Text: bankruptcy@nfm.com | Jun 02 2026 12:37:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 19346943 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2026 12:37:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 19346944 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2026 12:36:00 | Nissan Motor Acceptance Corp-Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX |

| | | | | |
|---|---|---|---|---|
| | | | | 75266-0360 |
| 19375889 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 02 2026 12:36:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 19346947 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 02 2026 12:41:31 | Sofi Lending Corp, Attn: Bankruptcy 375 Healdsburg Avenue S, Healdsburg, CA 95448-4119 |
| 19346949 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:12 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346950 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:38 | Synchrony Bank-Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346951 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:12 | Synchrony Bank-American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346952 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:38 | Synchrony Bank-Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 19346953 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:38 | Synchrony Bank-Select Comfort, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 19346954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 12:41:38 | Synchrony Bank-Walmart, PO Box 965064, Orlando, FL 32896-5064 |
| 19346948 | | Email/Text: pacer@cpa.state.tx.us | Jun 02 2026 12:38:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 19368832 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 02 2026 12:37:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 3500 Maple Ave., Suite 800, Dallas, TX 75219-3959 |
| 19346955 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 02 2026 12:36:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 19346956 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 02 2026 12:38:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 19346957 | + | Email/Text: bcd@oag.texas.gov | Jun 02 2026 12:36:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 19346958 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 02 2026 12:38:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 19347921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 02 2026 12:37:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 19346960 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 02 2026 12:37:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 22680793 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2026 12:41:51 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LAKEVIEW LOAN SERVICING LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0539-4      User: admin      Page 4 of 4

Date Rcvd: Jun 02, 2026      Form ID: pdf013      Total Noticed: 59

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brenda Ann Likavec | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blikavecbkecf@gmail.com brenda.likavec@il.cslegal.com |
| Chandra Dianne Pryor | on behalf of Creditor Nissan Motor Acceptance Corporation Chandra.Pryor@BonialPC.com Notices.Bonial@ecf.courtdrive.com |
| Chapter 13 Trustee Fort Worth | on behalf of Trustee Tim Truman ftwecf@ch13ftw.com |
| Clayton Everett | on behalf of Debtor Jessica Deonna Wright clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Kathryn Nichole Dahlin | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kndahlin@gmail.com kndahlin@gmail.com |
| Kerrie S Mattson-Neal | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kerrie.neal@il.cslegal.com TX.bkpleadingsNORTH@tx.cslegal.com |
| Lisa Large Evans | on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Jessica Deonna Wright warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 10

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

In Re:                                                         Case No: 21-40225-ELM

    JESSICA DEONNA WRIGHT

       Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Tim Truman, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 204 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Total Receipts | $41,097.00 |
| Administrative Disbursements  * | $5,797.37 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $35,299.63 |

\* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---|
| Total Disbursements | $41,097.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

May 29, 2026                                    /s/ Tim Truman

                                         Tim Truman, Standing Chapter 13 Trustee