United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 21-40225-elm |
|---|---|
| Jessica Deonna Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: pdf016 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Deonna Wright, 7108 Stephanie Ct., North Richland Hills, TX 76182, US 76182-3654 |
| 19346923 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 19346936 | + | Isaiah Grissett, 7108 Stephanie Ct., North Richland Hills, TX 76182-3654 |
| 19346945 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 19346946 | + | Perdue Brandon Fielder LLC, 500 E. Border St., Suite 640, Arlington, TX 76010-7457 |
| 19346959 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 19346961 | + | Wendy Burgess-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19372748 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2026 01:59:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19346919 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2026 02:29:48 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 19346920 | ^ | MEBN | Jun 13 2026 01:59:34 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 19346921 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 13 2026 01:58:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 19358099 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 13 2026 02:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 19346922 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2026 02:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19346928 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:30:25 | Citibank, PO Box 20483, Kansas City, MO 64195 |
| 19346924 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:16 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346925 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2026 02:29:38 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 19353589 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2026 02:29:49 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19346926 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:54 | Capital One-boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19346927 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2026 01:59:52 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19376646 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19346929 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0539-4                          User: admin                                    Page 2 of 4

Date Rcvd: Jun 12, 2026                       Form ID: pdf016                                 Total Noticed: 56

| | | | Jun 13 2026 02:25:00 | Comenity Bank-Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
|---|---|---|---|---|
| 19346930 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jun 13 2026 02:52:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 19346931 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 02:50:00 | Department of Education-582-Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 19346932 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 13 2026 02:47:00 | ECMC, Attn: Bankruptcy Attn: Bankruptcy, 111 Washington Ave South , Ste 1400, Minneapolis, MN 55401-6800 |
| 19346933 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 13 2026 02:22:00 | First National Bank of Omaha, P.O. Box 3128, 68103 |
| 19353906 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2026 02:30:43 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 19346935 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2026 02:23:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19346934 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2026 02:20:00 | Infiniti Financial, P.O. Box 660360, Dallas, TX 75266-0360 |
| 19362939 | + | Email/Text: RASEBN@raslg.com | Jun 13 2026 02:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19849561 | + | Email/Text: RASEBN@raslg.com | Jun 13 2026 02:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19346937 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:16 | Kohls-Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 19352945 | ^ | MEBN | Jun 13 2026 01:54:48 | LAKEVIEW LOAN SERVICING LLC, c/o M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 19346938 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LGBS, 100 Throckmorton St No. 300, Fort Worth, TX 76102-2833 |
| 19346939 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 19346940 | | Email/Text: camanagement@mtb.com | Jun 13 2026 02:25:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 19346941 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 13 2026 02:21:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 19346942 | + | Email/Text: bankruptcy@nfm.com | Jun 13 2026 02:49:00 | Nebraska Furniture Mart, Attn: Collections, PO Box 2335, Omaha, NE 68103-2335 |
| 19346943 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 02:50:00 | Nelnet, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 19346944 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2026 02:20:00 | Nissan Motor Acceptance Corp-Infiniti, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 19375889 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 13 2026 02:20:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 19346947 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jun 13 2026 02:29:17 | Sofi Lending Corp, Attn: Bankruptcy 375 Healdsburg Avenue S, Healdsburg, CA 95448-4119 |
| 19346949 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 01:59:43 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346950 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 02:29:39 | Synchrony Bank-Amazon, Attn: Bankruptcy, PO |

District/off: 0539-4                          User: admin                                    Page 3 of 4
Date Rcvd: Jun 12, 2026                       Form ID: pdf016                                 Total Noticed: 56

|  |  |  |  | Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 19346951 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 02:30:17 | Synchrony Bank-American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19346952 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 01:59:25 | Synchrony Bank-Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 19346953 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 02:29:39 | Synchrony Bank-Select Comfort, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 19346954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 02:29:42 | Synchrony Bank-Walmart, PO Box 965064, Orlando, FL 32896-5064 |
| 19346948 |  | Email/Text: pacer@cpa.state.tx.us | Jun 13 2026 02:51:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 19368832 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 3500 Maple Ave., Suite 800, Dallas, TX 75219-3959 |
| 19346955 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 13 2026 02:20:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 19346956 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 13 2026 02:51:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 19346957 | + | Email/Text: bcd@oag.texas.gov | Jun 13 2026 02:22:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 19346958 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 13 2026 02:51:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 19347921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 02:50:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 19346960 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 13 2026 02:47:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 22680793 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2026 02:29:36 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                 Signature:        /s/Gustava Winters

District/off: 0539-4                                      User: admin                                              Page 4 of 4

Date Rcvd: Jun 12, 2026                                  Form ID: pdf016                                     Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Brenda Ann Likavec

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blikavecbkecf@gmail.com  brenda.likavec@il.cslegal.com

Chandra Dianne Pryor

on behalf of Creditor Nissan Motor Acceptance Corporation Chandra.Pryor@BonialPC.com  Notices.Bonial@ecf.courtdrive.com

Chapter 13 Trustee Fort Worth

on behalf of Trustee Tim Truman ftwecf@ch13ftw.com

Clayton Everett

on behalf of Debtor Jessica Deonna Wright clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Kathryn Nichole Dahlin

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kndahlin@gmail.com  kndahlin@gmail.com

Kerrie S Mattson-Neal

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kerrie.neal@il.cslegal.com
TX.bkpleadingsNORTH@tx.cslegal.com

Lisa Large Evans

on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Pam Bassel (NRH)

officeadmin@ch13ftw.com

Tim Truman

ftworthchapter13trustee-ecf@ch13ftw.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Debtor Jessica Deonna Wright warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE TIM TRUMAN |
| TIM TRUMAN AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| PAM BASSEL | § | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF**
**<u>SUCCESSOR CHAPTER 13 STANDING TRUSTEE</u>**

NOTICE IS HEREBY GIVEN THAT:

1. Tim Truman, Chapter 13 Standing Trustee, ("Trustee Truman") has resigned from all of his Northern District of Texas cases effective 11:59 p.m. on June 4, 2026.

2. The United States Trustee, having accepted Trustee Truman's resignation, has appointed, under 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Pam Bassel as the successor Chapter 13 Standing Trustee ("Pam Bassel, Chapter 13 Trustee") for the Northern District of Texas, Ft. Worth Division, effective June 5, 2026, in all of Trustee Truman's open chapter 13 cases. (All of Trustee Truman's open chapter 13 cases are defined as "Truman Open Chapter 13 Cases.")

3. Effective June 5, 2026, the United States Trustee, in accordance with 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, has transferred and assigned all Truman Open Chapter 13 Cases, to:

Pam Bassel, Trustee
Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Ste. 300
North Richland Hills, TX 76180

1

4. The bond for Pam Bassel, Chapter 13 Trustee, is fixed under the general blanket bond authorized by the United States Trustee under 11 U.S.C. § 322 and Fed. R. Bankr. P. 2010(a).

5. In accordance with Fed. R. Bankr. P. 2012(b), Pam Bassel, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Truman's Open Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Truman's Open Chapter 13 Cases within 30 days of the effective date of the transfer of each case.

SIGNED this the 9th day of June.

> LISA L. LAMBERT
> UNITED STATES TRUSTEE
> REGION 6
> NORTHERN AND EASTERN DISTRICTS OF TEXAS
>
> By: */s/ Lisa L. Lambert*
>       Lisa L. Lambert
>       United States Trustee
>       Texas State Bar No. 11844250
>       1100 Commerce, Room 976
>       Phone: (214) 767-8967

2