

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 9, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case Number: 21-40225-ELM** |
| **JESSICA DEONNA WRIGHT**<br>**SSN: XXX-XX-4005** | **Judge  Edward L Morris** |
| **DEBTOR** | **Chapter 13** |

---

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE

---

It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that she should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that she and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtor is closed.

# # # End of Order # # #